```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0183--CR (JKS)
                            "USA V SCOTTY BOWMAN ET AL"
                              DEF 1.1 BOWMAN, SCOTTY

         In public format, including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 12/20/01
             Closed: 04/22/02
 No. of Defendants: 2
    MJ Case Number: A01-0188--MJ
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 1.1 BOWMAN, SCOTTY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Sentenced (28-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0183--CR (JKS)
                          "USA V SCOTTY BOWMAN ET AL"
                            DEF 2.1 SERRANO, JANNETTE

       In public format, including terminated defendants, excluding terminated counsel


      Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 12/20/01
              Closed: 04/22/02
  No. of Defendants: 2
      MJ Case Number: A01-0188--MJ
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Rex Lamont Butler
                      745 W. 4th Avenue, Suite 300
                      Anchorage, AK 99501
                      907-272-1497
                      FAX 907-276-3306
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 SERRANO, JANNETTE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Sentenced (31-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A01-0183--CR (JKS)
                         "USA V SCOTTY BOWMAN ET AL"

                     In public format, for all filing dates
```

```
  Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 12/20/01
           Closed: 04/22/02
No. of Defendants: 2
```

```
Document #   Filed      Docket text
----------   --------   ----------

NOTE -   2   12/20/01   [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/15/01 in
                        A01-188MJ (JDR).

NOTE -   3   12/20/01   [Re: DEF 2] USM Notice of Arrest; defendant arrested 11/15/01 in
                        A01-188MJ (JDR).

   1 -   1   12/20/01   [Re: DEF 1-2] PLF 1 Information.

   2 -   1   12/20/01   [Re: DEF 1] PLF 1 Plea Agreement.

NOTE -   1   12/21/01   Notation: JKS CMC notified orally re: tentative speedy trial for arr.

   3 -   1   12/21/01   [Re: DEF 2] JDR Minute Order that in light of filing of felony Info in
                        this case, bail review hrg set in A01-0188 MJ (JDR) is reset as arr on
                        felony info/bail review hrg.  cc: USA, R. Butler, USM, Po

   4 -   1   12/27/01   DEF 1-2 Documents
                        #2,3,4,8,9,10,11,12,14,19,20,21,22,23,25,26,27,29,30,31,33,34,35,36,37,3
                        8 transferred from:A01-188MJ (JDR).

   5 -   1   12/27/01   [Re: DEF 1] JKS Minute Order re: Arraignment/EOP is set for 1/3/02 at
                        11:00 a.m. in Courtroom #1.  cc: S. Collins, K. McCoy, USM, USPO

   6 -   1   12/27/01   {SEALED}

   7 -   1   12/27/01   DEF 2 Notice of Intent to change plea.

   8 -   1   12/27/01   [Re: DEF 2] JDR Court Minutes [ECR: Robin Carter/Elisa Singleton] re Arr
                        on Felony Info/Bail Hrg (hled 12/21/01); cnsl advised of trial date
                        2/4/02; crt denied 3rd party custody release; cond's of rlease remains
                        as prev set; def's oral motion to allow def to leave the Cordova Center
                        for visits w/her children in the presence of Tara Richardson granted;
                        govt to present this matter to the next GJ, w/att witness & exhibit
                        list. cc: USA, R. Butler, USM, USPO, Judge Singleton

   9 -   1   12/27/01   [Re: DEF 2] JDR Order for cond's of release. cc: USA, R. Butler, USM,
                        USPO

  10 -   1   12/28/01   [Re: DEF 2] JKS Minute Order re: PCOP is set for 1/4/02 at 11:00 a.m. in
                        Courtroom #1.  cc: S. Collins, R. Butler, USM, USPO, MJ Roberts

  11 -   1   01/02/02   [Re: DEF 1-2] Transcript re: Preliminary Hrg (A01-0188MJ (JDR)) held
                        11/26/01.

  12 -   1   01/03/02   DEF 1 Waiver of indictment.

  13 -   1   01/03/02   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton/Robin Carter]
                        Arraignment/EOP.  Def plead guilty to count 1 of the Information.  Court
                        accepted plea.  IOS set for 4/19/02 at 10:00 a.m.  Def detained pending
                        IOS. cc: K. Loeffler, K. McCoy, USm, USPO, MJ Roberts
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A01-0183--CR (JKS)
"USA V SCOTTY BOWMAN ET AL"

In public format, for all filing dates

```
Document #     Filed      Docket text

  14 -   1   01/04/02   {SEALED}

  15 -   1   01/07/02   {SEALED}

NOTE -   4   03/05/02   [Re: DEF 2] Issued WOA.

  16 -   1   03/05/02   [Re: DEF 2] PLF 1 motion for issuance of arrest warrant for violation of
                        release conditions pending IOS and motion to revoke release conditions.

  17 -   1   03/05/02   [Re: DEF 2] JKS Minute Order re: the motion at dkt 16 is referred to MJ
                        Roberts.  cc: S. Collins, USM, USPO, MJ Roberts

NOTE -   5   03/06/02   [Re: DEF 2] USM Notice of Arrest; defendant arrested 3/5/02.

  18 -   1   03/06/02   [Re: DEF 2] JDR Order granting motion for issuance of arrest warrant for
                        violation of release conditions pending IOS (16-1); WOA to be issued;
                        Bail review hrg set for 3/6/02 at 3:30 p.m. cc: USA, R. Butler, USM,
                        USPO

  19 -   1   03/06/02   [Re: DEF 2] Return of WOA re:DEF 2 executed on 3/5/02 at Anchorage,AK.

  20 -   1   03/07/02   [Re: DEF 2] JDR Court Minutes [ECR: Denali Elmore] re I/A on violation
                        of cond's of release (held 3/6/02); det uncontested; def detained pend
                        IOS. cc: USA, R. Butler, USM, USPO, Judge Singleton

  21 -   1   03/07/02   [Re: DEF 2] JDR Order of Detention Pending IOS. cc: USA, R. Butler, USM,
                        USPO

  22 -   1   03/12/02   DEF 2 Notice of filing w/att exh.

  23 -   1   04/05/02   {SEALED}

  24 -   1   04/12/02   [Re: DEF 2] PLF 1 Sentencing Memorandum.

  25 -   1   04/12/02   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  26 -   1   04/15/02   DEF 1 Sentencing Memorandum.

  27 -   1   04/17/02   DEF 2 Sentencing Memorandum.

  28 -   1   04/22/02   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Information
                        (1-1), sentenced 37 months, supervised release 36 months, SA $100.00.
                        cc: USA, FPD, USM, PO, MJ Roberts, S. Bowman (w/cnsl cy), FLU

  29 -   1   04/22/02   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS held
                        4/19/02; sent 37 mos; SR 36 mos; SA $100; def remanded to custody of
                        USM.

  30 -   1   04/22/02   [Re: DEF 2] JKS Court Minutes [ECR: Elisa Singleton] re IOS held
                        4/19/02: sent 37 mos; SR 36 mos; SA $100; def remanded to custody of
                        USM.

  31 -   1   04/22/02   [Re: DEF 2] JKS Judgment pleaded guilty to count(s) 1 of the Information
                        (1-1); sent 37 mos; SR 36 mos; SA $100. cc: USA, R. Butler, USM, USPO,
                        MJ Roberts, FLU, J. Serrano w/cnsls cy

  32 -   1   05/02/02   {SEALED}
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A01-0183--CR (JKS)
            "USA V SCOTTY BOWMAN ET AL"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 2 | 05/06/02 | {SEALED} |
| 33 - 1 | 05/17/02 | [Re: DEF 2] Partial Transcript re: IOS held 4/19/02. |
| 34 - 1 | 05/17/02 | [Re: DEF 1] Partial Transcript  re: IOS held 4/19/02. |
| 35 - 1 | 08/23/02 | {SEALED} |
| 35 - 2 | 08/27/02 | {SEALED} |